MARCUS A. BERG, ESQ.
Nevada Bar No. 9760
marcus@mossberglv.com
BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
MOSS BERG INJURY LAWYERS
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NANCY THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>BOCA PARK MARKETPLACE SYNDICATIONS GROUP, LLC, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-02814-JCM-PAL<br><br>**STIPULATION AND ORDER TO REMAND CASE TO STATE COURT** |

Plaintiff, NANCY THOMAS, by and through her attorneys of record, MARCUS A. BERG, ESQ. and BOYD B. MOSS III, ESQ., of the law firm of MOSS BERG INJURY LAWYERS, and Defendant, BOCA PARK MARKETPLACE SYNDICATIONS GROUP, LLC, by and through its attorney of record, TIMOTHY F. HUNTER, ESQ., of the law firm of RAY LEGO & ASSOCIATES, do hereby agree and stipulate to remand this matter back to the Eighth Judicial District Court in Clark County, Nevada.

. . .

. . .

The parties further stipulate and agree that each side will bear their own attorney's fees and costs with regard to the removal and subsequent remand of this matter pursuant to this Stipulation and Order.

DATED this 20th day of January, 2017.　　DATED this 20th day of January, 2017.

**/s/ Marcus A. Berg, Esq.**　　　　　　　　**/s/ Timothy F. Hunter, Esq.**

MARCUS A. BERG, ESQ.　　　　　　　　TIMOTHY F. HUNTER, ESQ.
Nevada Bar No. 9760　　　　　　　　　　Nevada Bar No. 10622
marcus@mossberglv.com　　　　　　　　tfhunter@travelers.com
BOYD B. MOSS III, ESQ.　　　　　　　　RAY LEGO & ASSOCIATES
Nevada Bar No. 8856　　　　　　　　　　7450 Arroyo Crossing Parkway, Suite 250
boyd@mossberglv.com　　　　　　　　　Las Vegas, Nevada 89113
MOSS BERG INJURY LAWYERS　　　　Telephone: (702) 479-4350
4101 Meadows Lane, Suite 110　　　　　Facsimile: (702) 270-4602
Las Vegas, Nevada 89107　　　　　　　　*Attorneys for Defendant*
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

DATED this 20th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE